**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7085**

NATHANIEL SINGLETON,

             Plaintiff - Appellant,

      v.

WARDEN RIVERA; ASSOCIATE WARDEN WEIR; ASSIST WITTMAN; DR.
PHILLIPES; COMMANDER GLENN; COMMANDER BRADY; MR. AGRLINE; D.
COUICK; OFFICER MS. VENTON; OFFICER MS. JOHNSON,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  R. Bryan Harwell, District Judge.
(1:10-cv-01909-RBH)

Submitted:  November 20, 2012      Decided:  November 26, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Singleton, Appellant Pro Se.  Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Singleton appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Singleton v. Warden Rivera</u>, No. 1:10-cv-01909-RBH (D.S.C. June 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>